**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re** | Chapter 11 |
| **SC HEALTHCARE HOLDING, LLC** *et al.*, | Case No. 24-10443 (TMH) |
| **Debtors.** [1] | Jointly Administered |

**NOTICE OF CERTAIN AMENDMENTS TO SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

Pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby provide notice (this "Notice") that, as set forth below, the Debtors have amended: (i) Schedule A/B, Part 11 for twenty-nine of the Debtors; (ii) Schedule A/B, Part 55 for three of the Debtors; (iii) Schedule E/F for three of the Debtors; (iv) Schedule G of seventy of the Debtors; and (v) Part 2, Question 4 of the Statements (as defined below) for twelve of the Debtors. [2]

**ORIGINAL SCHEDULES OF ASSETS AND LIABILITES
AND STATEMENT OF FINANCIAL AFFAIRS**

On May 31, 2024, the Debtors filed their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") [Docket Nos. 380–505] with the United States Bankruptcy Court for the District of Delaware (the "Court").

**AMENDED SCHEDULES AND STATEMENTS**

Certain of the Debtors hereby amend (i) Schedule A/B, Part 11 to identify certain intercompany receivables; (ii) Schedule A/B, Part 55 to identify certain parcels of real property that were either scheduled incorrectly or inadvertently omitted; (iii) Schedule E/F to identify intercompany payables; and (iv) Schedule G to include additional contracts identified in the Debtors' review of their books and records; (the "Amended Schedules"). The Amended Schedules are attached hereto as **Exhibit A**. The Debtors hereby amend Part 2, Question 4 of the Statements to include transfers made to certain insiders that were not readily available to the Debtors at the

---

[1]   The last four digits of SC Healthcare Holding, LLC's tax identification number are 2584. The mailing address for SC Healthcare Holding, LLC is c/o Petersen Health Care Management, LLC 830 West Trailcreek Dr., Peoria, IL 61614. Due to the large number of debtors in these Chapter 11 Cases, whose cases are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information is available on a website of the Debtors' claims and noticing agent at www.kccllc.net/Petersen.

[2]   Attached hereto as **Schedule 1** is a list of the Debtors whose Schedules and/or Statements have been amended.

33089249.1

time of filing of the Statements (the "Amended Statements"). The Amended Statements are attached hereto as **Exhibit B**.

Except for the Amended Schedules and the Amended Statements, no changes have been made to the Schedules or the Statements since they were originally filed. The Amended Schedules and the Amended Statements are hereby incorporated into, and comprise an integral part of, the Schedules and the Statements.

## AMENDED SCHEDULES BAR DATE

On May 21, 2024, the Court entered an order [Docket No. 339], which established certain bar dates in the Debtors' chapter 11 cases. On May 31, 2024, the Debtors filed the *Amended Notice of Entry of Bar Date Order Establishing Deadline for Filing Proofs of Claim (Including for Claims Asserted Under Section 503(b)(9) of the Bankruptcy Code) Against the Debtors* [Docket No. 379].

To the extent that parties affected by the amendments to Schedule E/F and Schedule G (each an "Affected Party") wish to file a proof of claim in the Debtors' chapter 11 cases with respect to these Amended Schedules, such Affected Party must do so by no later than **5:00 p.m. (Prevailing Central Time) on May 23, 2025** (the "Amended Schedules Bar Date").

An Affected Party need not submit a duplicate proof of claim if such Affected Party has already filed a valid proof of claim prior to the applicable bar date.

## GLOBAL NOTES

The Amended Schedules and the Amended Statements remain subject in all respects to the *Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* filed with the original Schedules and Statements, as amended and/or superseded by the *Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Amended Schedules of Assets and Liabilities and Statements of Financial Affairs* appended to the Amended Schedules and the Amended Statements.

## RESERVATION OF RIGHTS

The Debtors reserve their rights to dispute, or to assert offsets or defenses against, any filed claim or any claim listed or reflected in the Amended Schedules and the Amended Statements as to the nature, amount, liability, classification, or otherwise. The Debtors reserve all rights to further amend or supplement the Amended Schedules and the Amended Statements. In addition, nothing contained in this Notice shall preclude the Debtors from objecting to any claim, whether scheduled or filed, on any and all grounds.

33089249.1

Dated:  April 22, 2025
        Wilmington, Delaware

Respectfully submitted,

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Shella Borovinskaya*

Andrew L. Magaziner (No. 5426)
Shella Borovinskaya (No. 6758)
Carol E. Thompson (No. 6936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 571-6600
Facsimile:   (302) 571-1253
Email:       amagaziner@ycst.com
             sborovinskaya@ycst.com
             cthompson@ycst.com

and

**WINSTON & STRAWN LLP**
Daniel J. McGuire (admitted *pro hac vice*)
Gregory M. Gartland (admitted *pro hac vice*)
35 W. Wacker Drive
Chicago, IL 60601
Telephone:   (312) 558-5600
Facsimile:   (312) 558-5700
Email:       dmcguire@winston.com
Email:       ggartland@winston.com

and

Carrie V. Hardman (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:   (212) 294-6700
Facsimile:   (212) 294-4700
Email:       chardman@winston.com

*Counsel for the Debtors and Debtors in Possession*

33089249.1

3

## Schedule 1

**List of Debtors Subject to Amended Schedules and Amended Statements**

**Schedule A/B, Part 11 Amendments**
CYE Girard HCO, LLC
CYE Monmouth - PHC, Inc.
Lebanon HCO, LLC
Midwest Health Operations, LLC
Petersen Health & Wellness, LLC
Petersen Health Business, LLC
Petersen Health Care - Farmer City, LLC
Petersen Health Care - Illini, LLC
Petersen Health Care - Roseville, LLC
Petersen Health Care II, Inc.
Petersen Health Care Management, LLC
Petersen Health Care VIII, LLC
Petersen Health Care, Inc.
Petersen Health Enterprises, LLC
Petersen Health Group, LLC
Petersen Health Network, LLC
Petersen Health Properties, LLC
Petersen Health Quality, LLC
Petersen Health Systems, Inc.
Petersen Management Company, LLC
Petersen MT3, LLC
Piper HCO, LLC
SABL, LLC
SJL Health Systems, Inc.
Sullivan HCO, LLC
Tarkio HCO, LLC
Tuscola HCO, LLC
Westside HCO, LLC
XCH, LLC

**Schedule A/B, Part 55 Amendments**
Knoxville & Pennsylvania, LLC
Petersen Health Care II, Inc.
Petersen Health Systems, Inc.

33089249.1

**<u>Schedule E/F Amendments</u>**
CYE Girard HCO, LLC
CYE Kewanee- PHC, Inc.
CYE Knoxville - PHC, Inc.
CYE Monmouth - PHC, Inc.
Effingham HCO, LLC
El Paso - PHC, Inc
Kewanee HCO, LLC
Knoxville & Pennsylvania, LLC
Legacy - PHC Inc.
Marigold - PHC Inc.
Midwest Health Operations, LLC
Midwest Health Properties, LLC
North Aurora HCO, LLC
Petersen Health & Wellness, LLC
Petersen Health Business, LLC
Petersen Health Care - Farmer City, LLC
Petersen Health Care - Illini, LLC
Petersen Health Care - Roseville, LLC
Petersen Health Care II, Inc.
Petersen Health Care Management, LLC
Petersen Health Care VIII, LLC
Petersen Health Care, Inc.
Petersen Health Enterprises, LLC
Petersen Health Group, LLC
Petersen Health Network, LLC
Petersen Health Properties, LLC
Petersen Health Quality, LLC
Petersen Health Systems, Inc.
Petersen Management Company, LLC
Polo - PHC, Inc.
SABL, LLC
SJL Health Systems, Inc.
War Drive, LLC
XCH, LLC

**<u>Schedule G Amendments</u>**
Aledo HCO, LLC
Arcola HCO, LLC
Aspen HCO, LLC
Bement HCO, LLC
Betty's Garden HCO, LLC
Casey HCO, LLC
Collinsville HCO, LLC
CYE Bradford HCO, LLC
CYE Bushnell HCO, LLC

2

CYE Girard HCO, LLC
CYE Knoxville HCO, LLC
CYE Monmouth HCO, LLC
CYE Sullivan HCO, LLC
CYE Walcott HCO, LLC
Decatur HCO, LLC
Eastview HCO, LLC
Effingham HCO, LLC
Havana HCO, LLC
Jonesboro, LLC
Kewanee HCO, LLC
Knoxville & Pennsylvania, LLC
Lebanon HCO, LLC
Macomb, LLC
McLeansboro HCO, LLC
Midwest Health Operations, LLC
Midwest Health Properties, LLC
North Aurora HCO, LLC
Petersen Health & Wellness, LLC
Petersen Health Business, LLC
Petersen Health Care - Farmer City, LLC
Petersen Health Care - Illini, LLC
Petersen Health Care - Roseville, LLC
Petersen Health Care II, Inc.
Petersen Health Care III, LLC
Petersen Health Care Management, LLC
Petersen Health Care V, LLC
Petersen Health Care VII, LLC
Petersen Health Care XI, LLC
Petersen Health Care, Inc.
Petersen Health Enterprises, LLC
Petersen Health Group, LLC
Petersen Health Network, LLC
Petersen Health Properties, LLC
Petersen Health Quality, LLC
Petersen Health Systems, Inc.
Petersen Management Company, LLC
Petersen MT, LLC
Petersen MT3, LLC
Piper HCO, LLC
Pleasant View HCO, LLC
Prairie City HCO, LLC
Robings HCO, LLC
Rosiclare HCO, LLC
Royal HCO, LLC
SABL, LLC

3

SC Healthcare Holding, LLC
Shangri La HCO, LLC
Shelbyville HCO, LLC
SJL Health Systems, Inc.
South Elgin, LLC
Sullivan HCO, LLC
Swansea HCO, LLC
Tarkio HCO, LLC
Tuscola HCO, LLC
Twin HCO, LLC
Vandalia HCO, LLC
Village Kewanee HCO, LLC
War Drive, LLC
Watseka HCO, LLC
Westside HCO, LLC
XCH, LLC

**SOFA Part 2, Question 4 Amendments**
Midwest Health Operations, LLC
Petersen Health & Wellness, LLC
Petersen Health Care - Illini, LLC
Petersen Health Care - Roseville, LLC
Petersen Health Care II, Inc.
Petersen Health Care Management, LLC
Petersen Health Network, LLC
Petersen Health Systems, Inc.
Petersen Management Company, LLC
SABL, LLC
SJL Health Systems, Inc.
XCH, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re** | Chapter 11 |
| **SC HEALTHCARE HOLDING, LLC** *et al.*, | Case No. 24-10443 (TMH) |
| **Debtors.**[1] | Jointly Administered |

**GLOBAL NOTES**
**AND STATEMENTS OF LIMITATIONS, METHODOLOGY,**
**AND DISCLAIMERS REGARDING DEBTORS'** *AMENDED* **SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**INTRODUCTION**

On March 20, 2024 (the "Petition Date"), the Debtors commenced these Chapter 11 Cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Court"). These Chapter 11 Cases have been consolidated for procedural purposes only and are being administered jointly under case number 24-10443 (TMH). The Debtors, with the exception of certain inactive entities, are authorized to operate their business as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.[2]

The debtors and debtors in possession (collectively, the "Debtors" or the "Company") in the above-captioned chapter 11 cases (these "Chapter 11 Cases") filed their *Schedules of Assets and Liabilities* (the "Schedules") and *Statements of Financial Affairs* (the "Statements" and, together with the Schedules, the "Schedules and Statements") pursuant to section 521 of the Bankruptcy Code (as defined below), Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware on May 31, 2024. *See* Docket Nos. 380–505.

---

[1]     The last four digits of SC Healthcare Holding, LLC's tax identification number are 2584. The mailing address for SC Healthcare Holding, LLC is c/o Petersen Health Care Management, LLC 830 West Trailcreek Dr., Peoria, IL 61614. Due to the large number of debtors in these Chapter 11 Cases, whose cases are being jointly administered, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information is available on a website of the Debtors' claims and noticing agent at www.kccllc.net/Petersen.

[2]     Pursuant to that *Order Approving Stipulation to Resolve (I) X-Caliber's (A) Motion to Dismiss, (B) 543 Motion, and (C) DIP Objection, and (II) the Debtors' MT4 Motion to Dismiss* [Docket No. 340], certain of the Debtors' cases are suspended pursuant to 11 U.S.C. §305(b) and, thus, these Schedules and Statements do not reflect information from the suspended Debtors' books and records.

As discussed in global notes attached to each of the originally filed Schedules and Statements (the "Global Notes"),[3] due in part to the Data Breach, the records of certain "insider" payments disclosed in question 4 of the Schedules were unavailable at the time Schedules and Statements were filed and were thus not represented therein.[4]  The Debtors, as denoted in the Global Notes, engaged a third-party accounting firm which has reviewed and recreated certain missing portions of the Debtors' books and records—relevantly, that work has yielded a more fulsome understanding of the Debtors "insider" payments, among other things.  Accordingly, the Debtors now file these amendments to the Schedules and Statements (the "Amended Schedules and Statements") to provide updates to the Schedules and Statements where new details have been made available.

As part of their ongoing business operations and review of their books and records, the Debtors reviewed additional contracts which have been added to Schedule G.  The Debtors have also identified additional accounts receivable amounts due from non-Debtor affiliates, real property owned by certain Debtors, additional unsecured claims, and additional payments to insiders, all of which have been added in the Amended Schedules and Statements, where applicable.  The Debtors have also included various one-off updates as part of the Amended Schedules and Statements where applicable and necessary.

The Amended Schedules and Statements have been prepared by the Debtors' management team, with the assistance of their professional advisors, with reliance upon the efforts, statements, and representations of the Debtors' personnel and the advice of the Debtors' professional advisors. The Amended Schedules and Statements are unaudited and subject to potential adjustment.  In preparing the Amended Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation.

The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of information and data; however, subsequent information, data, or discovery may result in material changes to the Amended Schedules and Statements and inadvertent errors, omissions, or inaccuracies may exist.

The Debtors and their estates reserve all rights to further amend or supplement the Amended Schedules and Statements as may be necessary and appropriate, but expressly do not

---

[3]     Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Global Notes.

[4]     On or about October 20, 2023, Petersen became the victim of a ransomware attack by an entity named White Ninja.  The attackers infiltrated many of the Petersen systems, thereby impacting the Debtors' access to historic and current billing records, other books and records, and emails (the "Data Breach").  The Debtors quickly contacted a consultant to assist in remedying the impact of the ransomware attack and provided notice of the attack to the Federal Bureau of Investigation.  While the Debtors are back "online" with new servers, email addresses, and replacement software, a significant amount of the Debtors' books and records were lost in the attack, leading to incredible difficulty and delay in pursuit of the Debtors' accounts receivable. Additionally, as a result of the ransomware attack, retrieval of the Debtors' files and related information has proven onerous and, in some cases, impossible.  Thus, throughout the Chapter 11 Cases, the Debtors have had and anticipate having difficulty providing comprehensive historical information.  Such difficulty, thus, impacts the availability, accuracy, and completeness of the information in the Debtors' Schedules and Statements.

undertake any obligation to update, modify, revise, or re-categorize the information provided in the Amended Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law or order of the Court. Nothing contained in the Amended Schedules and Statements or these *Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding Debtors' Amended Schedules of Assets and Liabilities and Statements of Financial Affairs* (these "Amended Global Notes") shall constitute a waiver of any rights of the Debtors and their estates or an admission with respect to these Chapter 11 Cases, including, but not limited to, any issues involving objections to claims, setoff or recoupment, equitable subordination or recharacterization of debt, defenses, characterization or re-characterization of contracts, leases, and claims, assumption or rejection of contracts and leases, and/or causes of action arising under the Bankruptcy Code or any other applicable laws.

The Debtors and their agents, attorneys, and financial advisors shall not be liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. In no event shall the Debtors or their agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Unless specifically amended hereby, the Global Notes are incorporated by reference in full and should be read in conjunction with these Amended Global Notes. These Amended Global Notes should be referred to and reviewed in connection with any review of the Amended Schedules and Statements.

## SPECIFIC ADDITIONAL DISCLOSURES WITH RESPECT TO AMENDED SCHEDULES AND STATEMENTS

### Schedule A/B

**Item 11**: As previewed in the Global Notes, the Debtors engaged RubinBrown, LLP to review and reconcile certain historical data in their books and records. As a result of that work, the Debtors now have updated books and records and are filing these Amended Schedules and Statements to provide those updated records. As part of Rubin Brown's work, additional unpaid accounts receivable amounts were identified as due and owing to certain Debtors from various non-Debtor affiliates and Mr. Petersen. Such amounts have been added to the appropriate Debtors' accounts receivable values, where applicable, in the Amended Schedules and Statements.

**Item 55:** Upon further review and analysis of the Debtors' real property, particularly in the wake of the sale of substantially all of the Debtors' facilities, the Debtors have identified certain parcels of real property that were either scheduled incorrectly or were inadvertently not scheduled. Accordingly, the Debtors have updated Schedule A/B, item 55, where applicable, to accurately reflect their real property assets.

**Schedule E/F**

**Part 2**:  As previewed in the Global Notes, the Debtors engaged RubinBrown, LLP to review and reconcile certain historical data in their books and records.  As part of Rubin Brown's work, additional nonpriority unsecured claims held by non-Debtor affiliates were identified and have been scheduled in the appropriate Debtors' Amended Schedules and Statements.

**Schedule G**

The Debtors' business is complex, and the Data Breach made the compilation and review of the Debtors' contracts difficult and time-consuming.  The amendment to Schedule G reflects the Debtors' best efforts to schedule every known executory contract in the Debtors' books and records.  While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  If the Debtors uncover additional contracts that were not included herein, the Debtors reserve their right to amend and/or supplement the Schedules as necessary.  The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements that may not be listed therein.  Relationships between the Debtors and their vendors are occasionally governed by a master services agreement, under which vendors also place work and purchase orders, which may be considered executory contracts.  The Debtors believe that disclosure of all of these purchase and work orders would be impracticable and unduly burdensome.  Likewise, in some cases, the same supplier or provider may appear multiple times in Schedule G.

Unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all final exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any executed agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

The Debtors and their estates hereby reserve all of their rights, claims, and causes of action to (i) dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G, (ii) dispute or challenge the characterization of the structure of any transaction, document, or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (iii) amend or supplement such Schedule as necessary.

**Statement of Financial Affairs**

**Question 4:**  Mark Petersen, as the owner and Chief Executive Officer of the Debtors and their affiliates since 2002, has overseen the expansion of the Debtors' enterprise over the last twenty plus years.  For a large portion of that time, and for at least the past ten years, Mr. Petersen has not taken a salary for his role as Chief Executive Officer.  In lieu of a salary, Mr. Petersen occasionally paid certain of his personal expenses out of the Debtors' accounts.  Such payments were, at all times, accurately recorded as dividends and have been listed in Question 4.  In certain instances, Mr. Petersen acted as an intermediary between certain Debtors wherein he would receive a

4

disbursement from one Debtor entity and then immediately deposit such disbursement with another Debtor entity or non-Debtor affiliate as a method of intercompany cash management. Those disbursements to Mr. Petersen are reflected in Question 4, but due in part to the Data Breach, the records of the corresponding deposits back into the enterprise were not readily available in the Debtors books at the time of filing the original Schedules and Statements. As discussed above, the Debtors engaged RubinBrown, LLP to review and reconcile certain historical data in their books and records and are filing these Amended Schedules and Statements to provide necessary updates. Rubin Brown's work identified instances in which payments were made to Mr. Petersen during the one-year look-back period set forth in Question 4 for various business-related reasons. Such payments have been added to the appropriate Debtors' Amended Schedules and Statements. Rubin Brown's work also identified additional payments from Debtors to non-Debtor affiliates during the one-year look-back period set forth in Question 4. Such payments have been added to the appropriate Debtors Amended Schedules and Statements and marked with an asterisk ("*") as marked in the originally filed Schedules and Statements. Finally, in the originally filed Schedules and Statements, certain insider payments were scheduled to "undetermined" insiders. Rubin Brown's work identified the appropriate recipient insiders for those payments and accordingly, the "undetermined" payments have been removed. Rubin Brown's work also identified certain insider payments that were scheduled inadvertently and such payments have been removed from the appropriate Debtors' Amended Schedules and Statements.

[*Remainder of page left intentionally blank*]

# EXHIBIT A

## Amended Schedules

33089249.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| SC HEALTHCARE HOLDING, LLC, *et al.*, | Chapter 11 |
| Debtors. [1] | Case No. 24-10443 (TMH) |
| | (Jointly Administered) |

**AMENDED SCHEDULES OF ASSETS AND LIABILITIES FOR**
**PETERSEN HEALTH ENTERPRISES, LLC (CASE NO. 24-10531)**

Amended Herein:

- Schedule A/B: Assets Real and Personal Property Part 11: All other assets
- Schedule E/F: Creditors Who Have Unsecured
- Schedule G: Executory Contracts and Unexpired Leases
- Summary of Assets and Liabilities for Non-Individuals

---

[1] The last four digits of SC Healthcare Holding, LLC's tax identification number are 2584. The mailing address for SC Healthcare Holding, LLC is c/o Petersen Health Care Management, LLC 830 West Trailcreek Dr., Peoria, IL 61614. Due to the large number of debtors in these Chapter 11 Cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information will be made available on a website of the Debtors' claims and noticing agent at www.kccllc.net/Petersen.

**Fill in this information to identify the case:**

Debtor Name: In re : Petersen Health Enterprises, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-10531 (TMH)

☑ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**

   Copy line 88 from *Schedule A/B* ...............................................................................................

   $ 0.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B* ...........................................................................................

   $ 1,349,461.15

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B* .............................................................................................

   $ 1,349,461.15

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim,*from line 3 of *Schedule D* ....................................

   $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...........................................................

   $ 441,234.74

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ................................................

   + $ 1,276,987.26

4. **Total liabilities**

   Lines 2 + 3a + 3b ...........................................................................................................................

   $ 1,718,222.00

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">Debtor Name: In re : Petersen Health Enterprises, LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:  District of Delaware</td></tr>
<tr><td colspan="2">Case number (if known): 24-10531 (TMH)</td></tr>
</table>

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property   **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

2. **Cash on hand**

   2.1 None ............................................................................................ $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1 CIBC | Operating | 1743 | $ 3.98 |
| 3.2 PNC Bank | Operating | 2423 | $ 0.00 |
| 3.3 PNC Bank | Government | 2642 | $ 0.00 |
| 3.4 PNC Bank | Commercial | 3514 | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1 None .......................................................................................... $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $ 3.98

Debtor: Petersen Health Enterprises, LLC

Name

Case number *(if known):* 24-10531

## Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑  No. Go to Part 3.

☐  Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

_____   $ _____

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

_____   $ _____

9.  **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ _____ 0.00

Debtor:  Petersen Health Enterprises, LLC                                    Case number *(if known):*    24-10531
                  Name

| **Part 3:** | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

  ☐   No. Go to Part 4.

  ☑   Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

  Description       face amount                    doubtful or uncollectible accounts

11a.  90 days old or less:  Accounts Receivables    $          101,486.92   - $ _____    =..... ➔   $          101,486.92

  *Note: See Global Notes*

11b.  Over 90 days old:   Accounts Receivables    $ _____   - $ _____    =..... ➔   $ _____

  *Note: See Global Notes*

12. **Total of Part 3.**
  Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                  $          101,486.92

Debtor: Petersen Health Enterprises, LLC      Case number *(if known)*: 24-10531
_____
Name

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| _____ | _____ | $ _____ |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:        % of ownership: | | |
| _____ _____ | _____ | $ _____ |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| _____ | _____ | $ _____ |

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$ _____ 0.00

Debtor: Petersen Health Enterprises, LLC

_____

Name

Case number *(if known):* 24-10531

_____

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | $ | | $ |
| **20. Work in progress** | | $ | | $ |
| **21. Finished goods, including goods held for resale** | | $ | | $ |
| **22. Other inventory or supplies** | | $ | | $ |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ _____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Description_____  Book value $ _____  Valuation method _____  Current value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor: Petersen Health Enterprises, LLC

Name

Case number *(if known):* 24-10531

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

33.  **Total of Part 6.**
     Add lines 28 through 32. Copy the total to line 85.

     $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

    　　☐ No

    　　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes.  Description_____  Book value $ _____  Valuation method_____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

Debtor: Petersen Health Enterprises, LLC

Name

Case number *(if known)*: 24-10531

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1  Total FFE from Balance Sheet | $ 6,038.56 | Net Book Value | $ 6,038.56 |
| 40. **Office fixtures** | | | |
| 40.1  See Schedule A/B 39 | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  See Schedule A/B 39 | $ | | $ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  None | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ 6,038.56

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Petersen Health Enterprises, LLC
_____
Name

Case number *(if known)*: 24-10531
_____

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.

   ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 None | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 2009 United -(trailer)-United -(trailer) VIN: 48BTE20249A107240 | $ Undetermined | | $ Undetermined |
| 49. **Aircraft and accessories** | | | |
| 49.1 None | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 See Schedule A/B 39 | $ | | $ |

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.

   $ _____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

Debtor: Petersen Health Enterprises, LLC _____   Case number *(if known):*  24-10531 _____

Name

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐   No. Go to Part 10.

☑   Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Sheldon Health Care Center - 170 W. Concord Street, Sheldon, IL  60966 | Owned | $          149,762.64 |  | $      Undetermined |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$                    0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☑   No

☐   Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑   No

☐   Yes

Debtor:  Petersen Health Enterprises, LLC                                   Case number *(if known)*:   24-10531

Name

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑  No. Go to Part 11.

☐  Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐  No

☐  Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐  No

☐  Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐  No

☐  Yes

Debtor: Petersen Health Enterprises, LLC          Case number *(if known):*  24-10531

Name

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐  No. Go to Part 12.

    ☑  Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

    Description (include name of obligor)          Total face amount          doubtful or uncollectible accounts

    71.1 None                    $ _____  - $ _____ =.....  ➜  $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    72.1 None                    Tax year _____     $ _____

73. **Interests in insurance policies or annuities**

    73.1 None                              $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    74.1 See Global Notes                        $ _____

    **Nature of claim**        _____

    **Amount requested**     $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    75.1 None                              $ _____

    **Nature of claim**        _____

    **Amount requested**     $ _____

76. **Trusts, equitable or future interests in property**

    76.1 None                              $ _____

77. **Other property of any kind not already listed** *Examples*: Season tickets, country club membership

    77.1 See AMENDED A/B 77 Attachment                $ _____ 1,241,931.69

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.          $ _____ 1,241,931.69

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑  No

    ☐  Yes

Debtor: Petersen Health Enterprises, LLC
Name

Case number *(if known)*: 24-10531

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 3.98 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 101,486.92 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 6,038.56 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 1,241,931.69 | |
| 91. **Total.** Add lines 80 through 90 for each column**..............................**91a. | $ 1,349,461.15 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................................................................................... $ 1,349,461.15

**Fill in this information to identify the case:**

Debtor Name: In re : Petersen Health Enterprises, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-10531 (TMH)

☑ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☐  No. Go to Part 2.

☑  Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| | | |

2.1 **Priority creditor's name and mailing address**

Internal Revenue Service
Creditor Name

Creditor's Notice name

569 West Monroe Street, Suite 1100
Address

| | |
|---|---|
| Chicago | IL | 60675 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ 441,234.74   $ 441,234.74
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑   No

☐   Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|--|--|-----------------|

**3.1 Nonpriority creditor's name and mailing address**

Darr Firm
Creditor Name

Creditor's Notice name

307 Henry Street
Address

Suite415Alton

| Alton | IL | 62220 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/22/2021

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 850,000.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.2 Nonpriority creditor's name and mailing address**

Kralovec, Jambois & Schwartz
Creditor Name

Creditor's Notice name

60 W Randolph St
Address

Floor 4

| Chicago | IL | 60601 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/30/2019

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 300,000.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Petersen Health Enterprises, LLC
_____
Name

Case number *(if known):* 24-10531

**3.3** **Nonpriority creditor's name and mailing address**

Law Office of Jeffrey Krumpe
Creditor Name

_____
Creditor's Notice name

110 SW Jeffereson
Address

Suite 410

_____

Peoria                IL                61602
City                  State             ZIP Code

_____
Country

**Date or dates debt was incurred**

2/6/2024

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    Undetermined
*Check all that apply.*

☐  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Litigation
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.4** **Nonpriority creditor's name and mailing address**

Petersen Healthcare VII, LLC
Creditor Name

_____
Creditor's Notice name

830 W Trailcreek Dr.
Address

_____

Peoria                IL                61614
City                  State             ZIP Code

_____
Country

**Date or dates debt was incurred**

As of 3/31/2024

**Last 4 digits of account**

**number**

*Amended herein:  added*

**As of the petition filing date, the claim is:** $                    121,987.26
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Inter Company Loan
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Petersen Health Enterprises, LLC
_____
Name

Case number *(if known):*  24-10531
_____

**3.5  Nonpriority creditor's name and mailing address**

Petersen Hotels, LLC
_____
Creditor Name

_____
Creditor's Notice name

830 W Trailcreek Dr.
_____
Address

_____

_____

| Peoria | IL | 61614 |
|--------|-----|-------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

As of 3/31/2024

**Last 4 digits of account**

**number**

*Amended herein:  added*

**As of the petition filing date, the claim is:**  $ _____5,000.00_
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Inter Company Loan
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.6  Nonpriority creditor's name and mailing address**

Sorling
_____
Creditor Name

_____
Creditor's Notice name

1 N Old State Capitol Plaza
_____
Address

Suite 200

_____

| Springfield | IL | 62701 |
|-------------|-----|-------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ _____Undetermined_
*Check all that apply.*

☐  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

EEOC
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| _____<br>Name | Line<br>☐   Not Listed.Explain<br>_____ | _____ |
| _____<br>Notice Name | | |
| _____<br>Street | | |
| _____ | | |
| _____ | | |
| _____  _____  _____<br>City        State        ZIP Code | | |
| _____<br>Country | | |

**Part 4:      Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. $ | 441,234.74 |
| 5b. | **Total claims from Part 2** | 5b. **+** $ | 1,276,987.26 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 1,718,222.00 |

**Fill in this information to identify the case:**

Debtor Name: In re : Petersen Health Enterprises, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-10531 (TMH)

☑ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**2.1** **State what the contract or lease is for and the nature of the debtor's interest**

Mobile Imaging Service Agreement

BioTech X-ray, Inc
Name

Attn Tamara Schwartz, President
Notice Name

1065 Executive Parkway Ste.220
Address

**State the term remaining**

**List the contract number of any government contract**

| St. Louis | MO | 63141-6367 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

**2.2** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

BioTech X-ray, Inc
Name

Attn Tamara Schwartz, President
Notice Name

1065 Executive Parkway Ste.220
Address

**State the term remaining**

**List the contract number of any government contract**

| St. Louis | MO | 63141-6367 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

Debtor: Petersen Health Enterprises, LLC
Name

Case number *(if known):* 24-10531

**2.3** **State what the contract or lease is for and the nature of the debtor's interest**

Mobile Imaging Services Agreement

BioTech X-ray, Inc.
Name

Attn Tamara Schwartz, President
Notice Name

1065 Executive Parkway, Ste.220
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| St. Louis | MO | 63141-6367 |

Country

*Amended herein: added*

**2.4** **State what the contract or lease is for and the nature of the debtor's interest**

Renewal Customer Service Agreement

Call One Inc.
Name

Notice Name

225 West Wacker Drive 8th Floor
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60606 |

Country

*Amended herein: added*

**2.5** **State what the contract or lease is for and the nature of the debtor's interest**

Enteral Therapy, Urological, Ostomy and Tracheotomy Supplies and Wound Care Products Agreement

Centrad Healthcare, LLC
Name

Attn Michelle C. Korslin, Sr. VP of Sales & Marketing
Notice Name

184 Shuman Blvd, Suite 130
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Naperville | IL | 60563 |

Country

*Amended herein: added*

Debtor:   Petersen Health Enterprises, LLC
_____
Name

Case number *(if known):*   24-10531
_____

| | | |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Medical Director Agreement |

Dr. G. Florido
_____
Name

_____
Notice Name

714 South 10th Street
_____
Address

**State the term remaining** _____

**List the contract number of** _____

**any government contract**

_____

| | | | |
|---|---|---|---|
| Watseka | | IL | 60970 |
| City | | State | ZIP Code |

_____
Country

*Amended herein: added*

| | | |
|---|---|---|
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 3 to Pharmacy Products and Services Agreement |

Enloe Drugs, LLC
_____
Name

OMNICARE OF DECATUR
_____
Notice Name

796 N. SUNNYSIDE ROAD
_____
Address

**State the term remaining** _____

**List the contract number of** _____

**any government contract**

_____

| | | | |
|---|---|---|---|
| Decatur | | IL | 62522-1156 |
| City | | State | ZIP Code |

_____
Country

*Amended herein: added*

| | | |
|---|---|---|
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase of Service Agreement |

Ford-Iroquois Public Health Department
_____
Name

_____
Notice Name

114 North Third Street
_____
Address

**State the term remaining** _____

**List the contract number of** _____

**any government contract**

_____

| | | | |
|---|---|---|---|
| Watseka | | IL | 60970 |
| City | | State | ZIP Code |

_____
Country

*Amended herein: added*

Debtor: Petersen Health Enterprises, LLC
Name

Case number *(if known):*    24-10531

| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Laboratory Services Agreement | Gamma Healthcare, Inc. |
|---|---|---|---|

Name

Notice Name

1717 West Maud
Address

**State the term remaining**

**List the contract number of any government contract**

| Poplar Bluff | MO | 63901 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Radiology Services Agreement | Gamma HealthCare, Inc. |
|---|---|---|---|

Name

Notice Name

1717 West Maud St.
Address

**State the term remaining**

**List the contract number of any government contract**

| Poplar Bluff | MO | 63901 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease and Service Agreement | Gateway ProClean, Inc. |
|---|---|---|---|

Name

Notice Name

2081 Exchange Drive
Address

**State the term remaining**

**List the contract number of any government contract**

| St. Charles | MO | 63303 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Petersen Health Enterprises, LLC
_____
Name

Case number *(if known):*  24-10531
_____

| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease and Service Agreement | Gateway ProClean, Inc. |
|---|---|---|---|

Name

Notice Name

2081 Exchange Drive
Address

**State the term remaining**

**List the contract number of**

**any government contract**

| St. Charles | MO | 63303 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease and Service Agreement | Gateway ProClean, Inc. |
|---|---|---|---|

Name

Notice Name

2081 Exchange Drive
Address

**State the term remaining**

**List the contract number of**

**any government contract**

| St. Charles | MO | 63303 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease and Service Agreement and Credit Application | Gateway ProClean, Inc. |
|---|---|---|---|

Name

Notice Name

2081 Exchange Drive
Address

**State the term remaining**

**List the contract number of**

**any government contract**

| St. Charles | MO | 63303 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Petersen Health Enterprises, LLC

Name

Case number *(if known):* 24-10531

**2.15** **State what the contract or lease is for and the nature of the debtor's interest**

Purchasing Agreement

Gem Medical Supplies, LLC

Name

Notice Name

730 Anthony Trail

Address

**State the term remaining**

**List the contract number of any government contract**

| Northbrook | IL | 60062 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

**2.16** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement to Provide Hospice Services

Genesis Health System dba Genesis Hospice

Name

Attn Glen Roebuck, Executive Director

Notice Name

2546 Tech Dr.

Address

**State the term remaining**

**List the contract number of any government contract**

| Bettendorf | IA | 52722 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.17** **State what the contract or lease is for and the nature of the debtor's interest**

Residential Hospice Care Agreement for Service to Residents of Nursing Facilities

Harbor Light Hospice

Name

Notice Name

1N131 Country Farm Road

Address

**State the term remaining**

**List the contract number of any government contract**

| | IL | 60190 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

Debtor: Petersen Health Enterprises, LLC
Name

Case number *(if known):* 24-10531

| | | | |
|---|---|---|---|
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Supplemental Staffing Services | Health Staff, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 12636 High Bluff Dr #400 |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | San Diego / CA / 92130 |
| | | | City / State / ZIP Code |
| | | | Country |

*Amended herein: added*

| | | | |
|---|---|---|---|
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re Holiday Pay | Health Staff, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 12636 High Bluff Dr #400 |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | San Diego / CA / 92130 |
| | | | City / State / ZIP Code |
| | | | Country |

*Amended herein: added*

| | | | |
|---|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Residential Hospice Care Agreement for Services to Residents of Nursing Facilities | Hospice of Illinois LLC, dba Harbor Light Hospice |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1N131 County Farm Road |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Winfield / IL / 60190 |
| | | | City / State / ZIP Code |
| | | | Country |

*Amended herein: added*

2.18

Debtor: Petersen Health Enterprises, LLC
_____
Name

Case number *(if known)*: 24-10531
_____

| | | |
|---|---|---|
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Transfer Agreement and Disaster Transfer Agreement |

Iroquois Memorial Hospital and Resident Home
_____
Name

_____
Notice Name

200 Fairman Avenue
_____
Address

**State the term remaining**

_____

**List the contract number of any government contract**

_____

| | | |
|---|---|---|
| Watseka | IL | 60970 |
| City | State | ZIP Code |

_____
Country

*Amended herein: added*

| | | |
|---|---|---|
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Amended and Restated Therapy Services Agreement |

Kindred Rehab Services, LLC
_____
Name

Attn VP, Finance
_____
Notice Name

Rehab Care
_____
Address

**State the term remaining**

680 South Fourth Street

**List the contract number of any government contract**

_____

| | | |
|---|---|---|
| Louisville | KY | 40202 |
| City | State | ZIP Code |

_____
Country

*Amended herein: added*

| | | |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Facilities Agreement for CATV, Mediacom Online Services and Mediacom Business Phone |

MCC Illinois LLC
_____
Name

Attn Kimberly Polnitz AE
_____
Notice Name

Mediacom
_____
Address

611 S 4th St

**State the term remaining**

**List the contract number of any government contract**

_____

| | | |
|---|---|---|
| Chillicothe | FL | 61523 |
| City | State | ZIP Code |

_____
Country

*Amended herein: added*

Debtor: Petersen Health Enterprises, LLC                                    Case number *(if known):*  24-10531
_____
Name

| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Contract for Biohazard Waste | MCKay's Haz-Mat Truck Service, Inc. |
|---|---|---|---|

Name

Notice Name

PO Box 1444
Address

| City | State | ZIP Code |
|---|---|---|
| Centralia | IL | 62801 |

Country

*Amended herein: added*

| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Prime Vendor Product Supply Agreement | McKesson Medical-Surgical Minnesota Supply Inc. |
|---|---|---|---|

Name

Notice Name

8121 Tenth Avenue North
Address

| City | State | ZIP Code |
|---|---|---|
| Golden Valley | MN | 55427 |

Country

*Amended herein: added*

| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Contract | Medical Staffing Solutions, LLC |
|---|---|---|---|

Name

Notice Name

8601 N. Kentucky Ave, Suite A
Address

| City | State | ZIP Code |
|---|---|---|
| Evansville | IN | 47725 |

Country

*Amended herein: added*

**State the term remaining**

**List the contract number of any government contract**

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 9 of 25

Debtor:  Petersen Health Enterprises, LLC
_____
Name

Case number *(if known)*:    24-10531
_____

| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Professional Services Agreement | Medical Staffing Solutions, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 8601 N. Kentucky Ave, Suite A |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |

| Evansville | IN | 47725 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Attachment 1 to Professional Services Agreement | Medical Staffing Solutions, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 8601 N. Kentucky Ave, Suite A |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |

| Evansville | IN | 47725 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement | Medical Staffing Solutions, LLC |
|---|---|---|---|
| | | | Name |
| | | | Attn Chief Executive Officer |
| | | | Notice Name |
| | | | 9700 HWY 57N, Suite A |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |

| Evansville | IN | 47725 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

Debtor: Petersen Health Enterprises, LLC     Case number *(if known):*  24-10531
_____Name_____

| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | Oasis Medical Services |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 823473 |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Philadelphia   PA   19182-3473 |
| | | | City   State   ZIP Code |
| | | | Country |

*Amended herein: added*

| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 2 to Pharmacy Consultant Agreement | Omnicare |
|---|---|---|---|
| | | | Name |
| | | | Attn Legal |
| | | | Notice Name |
| | | | One CVS Drive Mail Code 1160 |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Woonsocket   RI   02895 |
| | | | City   State   ZIP Code |
| | | | Country |

*Amended herein: added*

| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 5 to Pharmacy Consultant Agreement | Omnicare |
|---|---|---|---|
| | | | Name |
| | | | Attn Legal |
| | | | Notice Name |
| | | | One CVS Drive Mail Code 1160 |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Woonsocket   RI   02895 |
| | | | City   State   ZIP Code |
| | | | Country |

*Amended herein: added*

Debtor: Petersen Health Enterprises, LLC
Name

Case number *(if known)*:  24-10531

| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 6 to Pharmacy Products and Services Agreement | Omnicare |
| | | | Name |
| | | | Attn Legal |
| | | | Notice Name |
| | | | One CVS Drive Mail Code 1160 |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| | Woonsocket | RI | 02895 |
| | City | State | ZIP Code |
| | Country | | |

*Amended herein: added*

| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Pharmacy Consultant Agreement | Omnicare |
| | | | Name |
| | | | Attn Legal |
| | | | Notice Name |
| | | | One CVS Drive Mail Code 1160 |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| | Woonsocket | RI | 02895 |
| | City | State | ZIP Code |
| | Country | | |

*Amended herein: added*

| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Amendment re: COVID-19 Vaccination Distribution Services | Omnicare |
| | | | Name |
| | | | Attn Legal |
| | | | Notice Name |
| | | | One CVS Drive Mail Code 1160 |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| | Woonsocket | RI | 02895 |
| | City | State | ZIP Code |
| | Country | | |

*Amended herein: added*

Debtor: Petersen Health Enterprises, LLC
    Name

Case number *(if known)*: 24-10531

**2.36** **State what the contract or lease is for and the nature of the debtor's interest**

Pharmacy Consultant Agreement

Omnicare
Name

Attn Legal
Notice Name

One CVS Drive Mail Code 1160
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Woonsocket | RI | 02895 |

Country

*Amended herein: added*

**2.37** **State what the contract or lease is for and the nature of the debtor's interest**

Pharmacy Products and Services Agreement

Omnicare
Name

Attn Legal
Notice Name

One CVS Drive Mail Code 1160
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Woonsocket | RI | 02895 |

Country

*Amended herein: added*

**2.38** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Pharmacy Consultant Agreement

Omnicare Pharmacy of the Midwest, LLC dba Omnicare of Kansas City
Name

Notice Name

10400 Hickman Mills Drive, Suite 200
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Kansas City | MO | 64137 |

Country

*Amended herein: added*

Official Form 206G      **Schedule G: Executory Contracts and Unexpired Leases**      Page 13 of 25

Debtor: Petersen Health Enterprises, LLC
Name

Case number *(if known):* 24-10531

**2.39** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Pharmacy Products and Services Agreement

Omnicare Pharmacy of the Midwest, LLC dba Omnicare of Kansas City
Name

Notice Name

10400 Hickman Mills Drive, Suite 200
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Kansas City | MO | 64137 |

Country

*Amended herein: added*

**2.40** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Pharmacy Consultant Agreement

Omnicare, Inc.
Name

Attn General Counsel
Notice Name

900 Omnicare Center
Address

201 East Fourth Street

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Cincinnati | OH | 45202 |

Country

*Amended herein: added*

**2.41** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Pharmacy Products and Services Agreement

Omnicare, Inc.
Name

Attn General Counsel
Notice Name

900 Omnicare Center
Address

201 East Fourth Street

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Cincinnati | OH | 45202 |

Country

*Amended herein: added*

Debtor:  Petersen Health Enterprises, LLC
      Name

Case number *(if known)*:  24-10531

| | | |
|---|---|---|
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Pharmacy Consultant Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Omnicare, Inc.
Name

Attn General Counsel
Notice Name

900 Omnicare Center
Address

201 East Fourth Street

| Cincinnati | OH | 45202 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

| | | |
|---|---|---|
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Pharmacy Products and Services Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Omnicare, Inc.
Name

Attn General Counsel
Notice Name

900 Omnicare Center
Address

201 East Fourth Street

| Cincinnati | OH | 45202 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

| | | |
|---|---|---|
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to Contract |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

OptimaLab, Inc.
Name

ATT Rehan Akhter
Notice Name

402 West Boughton Road
Address

| Bolingbrook | IL | 60440 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

Debtor:   Petersen Health Enterprises, LLC
Name

Case number *(if known):*   24-10531

**2.45** **State what the contract or lease is for and the nature of the debtor's interest**

Revised Laboratory Services Agreement

OptimaLab, Inc.
Name

ATT Rehan Akhter
Notice Name

402 West Boughton Road
Address

**State the term remaining**

**List the contract number of any government contract**

| | | |
|---|---|---|
| Bolingbrook | IL | 60440 |
| City | State | ZIP Code |

Country

*Amended herein: added*

**2.46** **State what the contract or lease is for and the nature of the debtor's interest**

Optometry Consultant Agreement

Ovitsky Vision Care
Name

Notice Name

3500 W. Petersen Ave Ste. 401
Address

**State the term remaining**

**List the contract number of any government contract**

| | | |
|---|---|---|
| Chicago | IL | 60659 |
| City | State | ZIP Code |

Country

*Amended herein: added*

**2.47** **State what the contract or lease is for and the nature of the debtor's interest**

Billing

Presto-X
Name

Notice Name

4521 Leavenworth Street
Address

**State the term remaining**

**List the contract number of any government contract**

| | | |
|---|---|---|
| Omaha | NE | 68106-1437 |
| City | State | ZIP Code |

Country

*Amended herein: added*

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                Page 16 of 25

Debtor: Petersen Health Enterprises, LLC
Name

Case number *(if known):* 24-10531

**2.48** **State what the contract or lease is for and the nature of the debtor's interest**  Multi-Facility Supply and Services Agreement

Pulmonary Exchange, Ltd. aka PEL/VIP
Name

Attn Raymond Kalinsky
Notice Name

9840 SW Hwy.
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Oak Lawn | IL | 60453 |

Country

*Amended herein: added*

**2.49** **State what the contract or lease is for and the nature of the debtor's interest**  Service Agreement

RecoverCare, LLC
Name

Attn General Counsel
Notice Name

1920 Stanley Gault Pkwy, Suite 100
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Louisville | KY | 40223 |

Country

**2.50** **State what the contract or lease is for and the nature of the debtor's interest**  Service Agreement

RecoverCare, LLC
Name

Attn General Counsel
Notice Name

1920 Stanley Gault Pkwy, Suite 100
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Louisville | KY | 40223 |

Country

Debtor: Petersen Health Enterprises, LLC
_____
Name

Case number *(if known):*   24-10531
_____

| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | Rental Agreement | RecoverCare, LLC |
|---|---|---|---|
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | | | 1920 Stanley Gault Pkwy Suite 100 |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| | | | Louisville | KY | 40223 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

*Amended herein: added*

| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | Therapy Services Agreement | RehabCare Group East, Inc. d/b/a RehabCare |
|---|---|---|---|
| | | | Name |
| | | | Attn President RehabCare |
| | | | Notice Name |
| | | | 680 South Fourth Street |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| | | | Louisville | KY | 40202 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

*Amended herein: added*

| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Agency Agreement | RehabCare Group East, Inc. d/b/a RehabCare Group Therapy Services, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | | | 7733 Forsyth Boulevard, Suite 2300 |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| | | | Clayton | MO | 63105 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

*Amended herein: added*

Debtor: Petersen Health Enterprises, LLC
Name

Case number *(if known):* 24-10531

| | | |
|---|---|---|
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | Therapy Services Agreement |
| | | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

RehabCare Group East, Inc. dba RehabCare
Name

President, RehabCare
Notice Name

680 South Fourth Street
Address

| Louisville | KY | 40202 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | Therapy Services Agreement |
| | | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

RehabCare Group East, Inc. dba RehabCare
Name

President, RehabCare
Notice Name

680 South Fourth Street
Address

| Louisville | KY | 40202 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | Amended and Restated Therapy Services Agreement |
| | | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

RehabCare Group East, LLC
Name

Attn VP, Finance
Notice Name

680 South Fourth Street
Address

| Louisville | KY | 40202 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

Debtor: Petersen Health Enterprises, LLC
Name

Case number *(if known):* 24-10531

| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amended and Restated and Reaffirmed Guaranty Agreement | RehabCare Group East, LLC |
| --- | --- | --- | --- |

Name

Attn Chief Financial Officer
Notice Name

680 South Fourth Street
Address

**State the term remaining**

**List the contract number of any government contract**

| Louisville | KY | 40202 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

*Amended herein: added*

| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | Protocol and Agreement for the Provision of Hospice Services and Inpatient Respite Care | Sarah Bush Lincoln Health Center d/b/a Lincolnland Hospice |
| --- | --- | --- | --- |

Name

Attn Post Acute Care Director
Notice Name

Lincolnland Hospice of Sarah Bush Lincoln
Address

**State the term remaining**

1004 Health Center Drive, Suite 202

**List the contract number of any government contract**

| Mattoon | IL | 61938 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

*Amended herein: added*

| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | Protocol and Agreement of Hospice Services | Sarah Bush Lincoln Health Center d/b/a Sarah Bush Lincoln Hospice |
| --- | --- | --- | --- |

Name

Attn Post Acute Care Director
Notice Name

Sarah Bush Lincoln Hospice
Address

**State the term remaining**

1004 Health Center Drive, Suite 202

**List the contract number of any government contract**

| Mattoon | IL | 61938 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

*Amended herein: added*

Debtor: Petersen Health Enterprises, LLC
Name

Case number *(if known):* 24-10531

| | | |
|---|---|---|
| **2.60** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Pharmaceutical Product Rebate Agreement |
| | | Smith & Nephew, Inc. |
| | | Name |
| | | Attn Company Secretary |
| | | Notice Name |
| | | 1450 E. Brooks Road |
| | **State the term remaining** | Address |
| | **List the contract number of** | |
| | **any government contract** | |

| | | | |
|---|---|---|---|
| Memphis | TN | 38116 |
| City | State | ZIP Code |

Country

*Amended herein: added*

| | | |
|---|---|---|
| **2.61** | **State what the contract or lease is for and the nature of the debtor's interest** | Rebate Agreement |
| | | Smith & Nephew, Inc. |
| | | Name |
| | | Attn Company Secretary |
| | | Notice Name |
| | | 1450 E. Brooks Road |
| | **State the term remaining** | Address |
| | **List the contract number of** | |
| | **any government contract** | |

| | | | |
|---|---|---|---|
| Memphis | TN | 38116 |
| City | State | ZIP Code |

Country

*Amended herein: added*

| | | |
|---|---|---|
| **2.62** | **State what the contract or lease is for and the nature of the debtor's interest** | EpicCare Link Site Level Agreement |
| | | Southern Illinois Hospital Services |
| | | Name |
| | | Attention Rex P. Budde |
| | | Notice Name |
| | | 1239 E. Main St. |
| | **State the term remaining** | Address |
| | **List the contract number of** | |
| | **any government contract** | |

| | | | |
|---|---|---|---|
| Carbondale | IL | 62902 |
| City | State | ZIP Code |

Country

*Amended herein: added*

Amendment to Pharmaceutical Product Rebate

Debtor:   Petersen Health Enterprises, LLC
    Name

Case number *(if known):*   24-10531

**2.63** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement to Provide Hospice Services | St. Anthony's Memorial Hospital, of the Hospital Sisters of the Third Order of St. Francis |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 503 N. Maple St. |
| **State the term remaining** | | Address |
| | | |
| **List the contract number of** | | |
| **any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Effingham | IL | 62401 |

Country

**2.64** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement to Provide Hospice Services | St. Anthony's Memorial Hospital, of the Hospital Sisters of the Third Order of St. Francis |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 503 N. Maple St. |
| **State the term remaining** | | Address |
| | | |
| **List the contract number of** | | |
| **any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Effingham | IL | 62401 |

Country

**2.65** | **State what the contract or lease is for and the nature of the debtor's interest** | Patient Transfer Agreement | St. Elizabeth's Hospital of the Hospital Sisters of the Third Order of St. Francis |
|---|---|---|
| | | Name |
| | | Attn President & CEO |
| | | Notice Name |
| | | St. Elizabeth's Hospital |
| **State the term remaining** | | Address |
| | | 211 S. Third Street |
| **List the contract number of** | | |
| **any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Belleville | IL | 62220 |

Country

*Amended herein: added*

Official Form 206G | **Schedule G: Executory Contracts and Unexpired Leases** | Page 22 of 25

Debtor: Petersen Health Enterprises, LLC
Name

Case number *(if known)*: 24-10531

**2.66 State what the contract or lease is for and the nature of the debtor's interest**

Business Associate Agreement

TeleMedico Physicians
Name

Notice Name

550 Frontage Rd
Address

**State the term remaining**

**List the contract number of any government contract**

| Northfield | IL | 60093 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.67 State what the contract or lease is for and the nature of the debtor's interest**

Business Associate Agreement

TeleMedico Physicians
Name

Notice Name

550 Frontage Rd
Address

**State the term remaining**

**List the contract number of any government contract**

| Northfield | IL | 60093 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.68 State what the contract or lease is for and the nature of the debtor's interest**

Letter re: Amendment to Agreement Dated November 26, 2010

Vitas Healthcare Corporation Midwest
Name

General Manager
Notice Name

8 Executive Drive, Suite 150
Address

**State the term remaining**

**List the contract number of any government contract**

| Fairview Heights | IL | 62208 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Petersen Health Enterprises, LLC
Name

Case number *(if known):*  24-10531

**2.69** **State what the contract or lease is for and the nature of the debtor's interest**

Letter re: Nursing Facility Agreement or Amended November 26, 2010

Vitas Healthcare Corporation of Illinois
Name

Attn General Manager
Notice Name

105 Marquette Street, Suite A
Address

**State the term remaining**

**List the contract number of any government contract**

| LaSalle | IL | 61301 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.70** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement for Nursing Facility Services

Vitas Healthcare Corporation of Illinois
Name

Attn General Manager
Notice Name

105 Marquette Street, Suite A
Address

**State the term remaining**

**List the contract number of any government contract**

| LaSalle | IL | 61301 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

**2.71** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement for Nursing Facility, Inpatient and Inpatient Respite Services

Vitas Healthcare Corporation of Illinois
Name

Attn General Manager
Notice Name

8525 W. 183rd St., Suite M
Address

**State the term remaining**

**List the contract number of any government contract**

| Tinley Park | IL | 60487 |
|---|---|---|
| City | State | ZIP Code |

Country

*Amended herein: added*

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                Page 24 of 25

Debtor: Petersen Health Enterprises, LLC
_____
Name

Case number *(if known):*  24-10531
_____

| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: Nursing Facility Agreement Dated or Amended January 1, 2013 | Vitas Healthcare Corporation of Illinois |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 105 Marquette Street, Suite A |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| | | LaSalle | IL | 61301 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

*Amended herein: added*

| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: Nursing Facility Agreement Dated or Amended November 26, 2010 | Vitas Healthcare Corporation of Illinois |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 105 Marquette Street, Suite A |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| | | LaSalle | IL | 61301 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

*Amended herein: added*

**Fill in this information to identify the case:**

Debtor Name: In re : Petersen Health Enterprises, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-10531 (TMH)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*     Schedule A/B: Assets-Real and Personal Property, Schedule E/F: Creditors Who Have Unsecured Claims, Schedule G: Executory Contracts and Unexpired Leases, Summary of Assets and Liabilities for Non-Individuals

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/22/2025                          ✖ / s / David R. Campbell
           MM / DD / YYYY                                    Signature of individual signing on behalf of debtor

                                             David R. Campbell
                                             Printed name

                                             Authorized Signatory
                                             Position or relationship to debtor

**In re: Petersen Health Enterprises, LLC**
**Case No. 24-10531**
AMENDED Schedule A/B 77
Other property of any kind not already listed

| Other property of any kind not already listed | Current value of debtor's interest | Amendment |
|---|---|---|
| Inter Company Loan - Mark Petersen | $40,000.00 | Amended herein - added |
| Inter Company Loan - Mark Petersen | $16,533.50 | Amended herein - added |
| Inter Company Loan - Petersen Companies LLC | $251,561.58 | Amended herein - added |
| Inter Company Loan - Petersen Health Operations, LLC | $540,000.00 | Amended herein - added |
| Inter Company Loan - Plaza West Development, LLC | $385,000.00 | Amended herein - added |
| Inter Company Loan - Twenty Four Corp, LLC | $8,836.61 | Amended herein - added |
| **TOTAL:** | $1,241,931.69 | |

## **EXHIBIT B**

### **Amended Statements**

**N/A**